UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JAMES WINEMILLER, )
)
    Petitioner, )
)
v. ) CAUSE NO. 3:17CV530-PPS/MGG
)
SUPERINTENDENT, )
)
    Respondent. )

## OPINION AND ORDER

James Winemiller, a *pro se* prisoner, has filed a petition for habeas corpus attempting to challenge the prison disciplinary hearing (ISR 17-03-112) where the Disciplinary Hearing Officer (DHO) found him guilty of possession of a controlled substance in violation of B-202. ECF 1 at 1. As a result, Winemiller was sanctioned with commissary and phone restrictions, and served time in segregation. ECF 1-1 at 3.

Winemiller has not been deprived of a liberty interest as a result of this hearing. A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Here, because Winemiller's sanctions did not effect the duration of his confinement, habeas corpus relief is not available. Because there is no relief that he can obtain in this habeas corpus proceeding, the petition will be denied.

ACCORDINGLY:

For the reasons set forth above, the petition is **DENIED** pursuant to Section 2254 Habeas Corpus Rule 4 and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

ENTERED: July 27, 2017.   /s/ Philip P. Simon
Judge
United States District Court